EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

HARRY YEE #3790
Chief, Civil Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FELICIANA CALA, | CIVIL NO. 04-00612 HG KSC |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, Harvey M. Demetrakopoulos for Plaintiff and Edric M. Ching for Defendant United States of America that Plaintiff is in receipt of $39,500.00 pursuant to the Settlement Agreement executed on

January 30, 2006.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

/s/ Harvey Demetrakopolous       /s/ Edric M. Ching

_____   By_____
HARVEY M. DEMETRAKOPOLOUS         EDRIC M. CHING
Attorney for Plaintiff             Assistant U. S. Attorney

                                Attorneys for Defendant


                                APPROVED AND SO ORDERED:


                                _____
                                Helen Gillmor
                                Chief United States District Judge


Cala v. USA
Civil No. 04-00706 HG BMK
"STIPULATION OF DISMISSAL WITH PREJUDICE"